## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

BLAINE HARRINGTON III,

        *Plaintiff/Counterclaim*
        *Defendant,*

vs.                                                                                    No. CIV 20-1111 JB/JFR

MONICA BOEHMER, D.D.S., P.C.,

        *Defendant/Counterclaim*
        *Plaintiff.*

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on: (i)  the Notice of Acceptance of Counterclaim Defendant's Offer of Judgment and Request for Entry of Judgment, filed March 4, 2021 (Doc. 14)("Notice"); and (ii) Judgment in a Civil Action, filed July 30, 2021 (Doc. 15)("Judgment").  In the Notice, Defendant and Counterclaim Plaintiff Monica Boehmer D.D.S., P.C.: (i) attaches Plaintiff and Counterclaim Defendant Blaine Harrington III's Offer of Judgment; (ii) attaches Boehner's acceptance of the Offer of Judgment; and (iii) asks that the "Clerk enter judg[]ment in favor of Boehmer on its counterclaims and dismissing Plaintiff's claims in this case accordingly." Notice at 1-6.  In the Judgment, the "Clerk enters judgment in favor of Boehmer in the amount of One Dollar and One Cent ($1.01), which includes all damages, taxable court costs, interest and attorneys' fees."  Judgment at 1.  There not being any more parties, claims, or issues before the Court, the Court hereby dismisses this action with prejudice and enters Final Judgment.

**IT IS ORDERED** that: (i) all claims are dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

David. C. Deal
The Law Offices of David C. Deal, PLC
Crozet, Virginia

    *Attorney for the Plaintiff and Counterclaim Defendant*

Jeffrey L. Squires
Peacock Law P.C.
Albuquerque, New Mexico

    *Attorney for the Defendant and Counterclaim Plaintiff*